**BLANK ROME LLP**
Joseph J. Mellema (SBN 248118)
joseph.mellema@BlankRome.com
Edward A. Danielyan (SBN 329248)
edward.danielyan@BlankRome.com
4 Park Plaza, Suite 450
Irvine, CA 92614
Telephone: 949-812-6000
Facsimile: 949-812-6001

Attorneys for Plaintiff
PARAMOUNT TARIFF SERVICES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

PARAMOUNT TARIFF SERVICES, INC.,

Plaintiff,

v.

ACE TARIFF SOLUTIONS, INC., and RAY NAM,

Defendants.

Case No: 2:25-CV-03242-ODW-E

[*Assigned for all purposes to Hon. Otis D. Wright, II*]

**JOINT STATUS REPORT RE: SETTLEMENT**

Complaint filed: April 11th, 2025

Pursuant to Section 8 of the Court's Scheduling and Case Management Order (Dkt. 20) and the accompanying Schedule of Trial and Pretrial Dates, which set November 23, 2026 as the deadline to file a Status Report re: Settlement, Plaintiff Paramount Tariff Services, Inc. ("Paramount Tariff") and Defendants Ace Tariff Solutions, Inc. and Ray Nam (collectively, "Defendants," and together with Paramount Tariff, the "Parties") respectfully submit the following Joint Status Report regarding settlement of this action.

**A. Settlement Efforts**

On October 28, 2026, the parties and their counsel participated in a private mediation before mediator Scott Miller. (*See* Dkt. 44.) Mr. Miller's contact information is available at Dkt. 44. The mediation took place before the Court's November 2, 2026 deadline to conduct a settlement conference. (*See* Dkt. 20.)

**B. Status of Settlement**

As a result of the October, 28 2026 mediation, the parties reached a settlement of this action. Consistent with the Court's Scheduling and Case Management Order, this Status Report does not disclose the terms of the settlement or the parties' settlement positions.

The parties are currently in the process of reducing their agreement to a final, formal written settlement agreement. The parties anticipate that the written settlement agreement will be finalized and fully executed within approximately one week of the date of this Status Report. Upon execution of the settlement agreement, the parties anticipate promptly filing the appropriate dismissal papers with the Court. The Parties will promptly notify the Court of any change in the status of the settlement.

DATED: November 23, 2026 BLANK ROME LLP

By: /s/ Joseph J. Mellema
Joseph J. Mellema
Attorney for Plaintiff
PARAMOUNT TARIFF SERVICES, INC.

DATED: November 23, 2026 BJORGUM LAW, PC

By: /s/ Eric Bjorgum
Eric Bjorgum
Attorney for Defendants
ACE TARIFF SOLUTIONS, INC. AND RAY NAM

## FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Joseph J. Mellema
Joseph J. Mellema

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is BLANK ROME LLP, 4 Park Plaza, Suite 450, Irvine, California 92614.

On November 23, 2026, I caused to be served the foregoing document(s):

**JOINT STATUS REPORT RE: SETTLEMENT**

on the interested parties in this action addressed and sent as follows:

| | |
|---|---|
| Eric Bjorgum<br>Bjorgum Law, PC<br>119 E. Union Street, Suite C<br>Pasadena, CA 91103<br>213-596-6390<br>213-596-6390 (fax)<br>eric.bjorgum@bjorgumlaw.com | *Counsel for*<br>Ace Tariff Solutions, Inc., Ray Nam |

☐ **BY ENVELOPE:** by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☐ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 23, 2026, at Los Angeles, California.

*/s/ Charlotte Fellner*
Charlotte Fellner